UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PRESTIGE CAPITAL CORPORATION, | ) | Case No.: C 12-6072 PSG |
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| SHOREBIRD HOMEOWNERS ASSOCATION, | ) ) ) | **(Re: Docket No. 12)** |
| Defendant. | ) ) | |

On January 28, 2013, the parties filed a letter requesting the February 5, 2013 case management conference be continued to the last week of February. Accordingly,

IT IS HEREBY ORDERED that the case management conference shall be continued to February 26, 2013 at 10:00 AM.

IT IS SO ORDERED.

Dated: January 30, 2013

                                                                                _/s/ Paul S. Grewal_
                                                                                PAUL S. GREWAL
                                                                                United States Magistrate Judge