1  Jeffrey B. Cereghino (SBN 099480)
   jbc@rocklawcal.com
2  RAM, OLSON, CEREGHINO & KOPCZYNSKY LLP
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: (415) 433-4949
4  Facsimile: (415) 433-7311

5  *Attorney for the Defendant Shorebird Homeowners*
   *Association*
6

7                    UNITED STATES DISTRCIT COURT

8                   NORTHERN DISTRCT OF CALIFORNIA

9                        SAN JOSE DIVISION

10

11  | PRESTIGE CAPITAL CORPORATION, | NO. CV12-6072 |
    |---|---|
    | Plaintiffs, | **NOTICE OF INTENT TO APPEAR BY** |
    | | **TELEPHONE; (PROPOSED) ORDER** |
    | v. | |
    | SHOREBIRD HOMEOWNERS ASSOCIATION and Does 1 through 20, | *Date:*       *February 5, 2013* |
    | | *Time:*       *2:30 p.m.* |
    | Defendants. | *Place:* |
    | | *Judge:*      *Magistrate Judge Paul S. Grewal* |

12

13

14

15

16

17        NOTICE IS HEREBY GIVEN that defendants' counsel Jeffrey Cereghino requests, pursuant

18   to Federal Rules of Civil Procedure 16(c) (1), that he be allowed to appear by telephone at the

19   hearing in this matter on February 5th, 2013 at 2:00 p.m. Mr. Cereghino requests to appear by

20   telephone because of the time and expense required to travel to the hearing from his office in San

21   Francisco. Mr. Cereghino's office agrees to bear the cost of any such telephonic appearance.

22                                                    Dated: January 28, 2013

23

24

25                                    By

26                                       Jeffrey B. Cereghino

27                                       Ram,    Olson,    Cereghino    &

28                                       Kopczynski, LLP

*NOTICE OF INTENT TO APPEAR BY TELEPHONE; (PROPOSED) ORDER CV12-6072*

1

2   PERMISSION IS GRANTED FOR JEFFREY CEREGHINO TO APPEAR BY TELEPHONE

3   at the hearing in this matter on ~~February 5, 2013~~ at ~~2:00 p.m.~~
    February 26, 2013     10:00 a.m.

4

5        Dated: February 25, 2013

6

7

8        Paul S. Grewal

9        The Honorable Paul S. Grewal, Magistrate

10       United States District Court, Northern District of California, San Jose Division

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28