UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| PRESTIGE CAPITAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SHOREBIRD HOMEOWNERS ASSOCIATION,<br><br>    Defendant.<br>_____/ | No. C 12-6072 PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     May 1, 2013<br>Mediator:  G. Scott Emblidge |

    IT IS HEREBY ORDERED that the request to excuse plaintiff Prestige Capital Corporation from appearing in person at the May 1, 2013, mediation session before G. Scott Emblidge is GRANTED. Plaintiff's designated representative shall actively participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

March 18, 2013            By:          _____
Dated                                                Maria-Elena James
                                                    United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California