1   BUCHALTER NEMER
    A Professional Corporation
2   JEFFREY B. KIRSCHENBAUM (SBN 152290)
    BRANDON M. CARR (SBN 280959)
3   55 Second Street, Suite 1700
    San Francisco, CA  94105-3493
4   Telephone: (415) 227-0900
    Fax: (415) 227-0770
5   Email:  jkirschenbaum@buchalter.com
            bcarr@buchalter.com
6
    Attorneys for Plaintiff
7   PRESTIGE CAPITAL CORPORATION

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  | PRESTIGE CAPITAL CORPORATION, | CASE NO. CV12-6072PSG |
    |---|---|
13  | Plaintiff, | |
    | | **PLAINTIFF PRESTIGE CAPITAL** |
14  | vs. | **CORPORATION'S REQUEST FOR** |
    | | **DISMISSAL OF ENTIRE ACTION** |
15  | SHOREBIRD HOMEOWNERS | |
    | ASSOCIATION, and Does 1 through 20, | Honorable Paul S. Grewal |
16  | Defendants. | |
    | | Complaint Filed: November 30, 2012 |
17  | | FAC Filed: November 30, 2013 |

18

19

20

21

22

23

24

25

26

27

28

1   TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

2   The parties have reached a settlement in the above-referenced action.  Pursuant to Federal

3   Rule of Civil Procedure 41(a)(2), Plaintiff Prestige Capital Corporation requests that the Court

4   dismiss the entire action with prejudice.

5

6   DATED:  May 15, 2014            BUCHALTER NEMER
                                    A Professional Corporation
7

8

9                                  By:___/s/ Brandon M. Carr_____
                                        BRANDON M. CARR
10                                      Attorneys for Plaintiff
                                    PRESTIGE CAPITAL CORPORATION
11

12
    IT IS SO ORDERED.
13

14   Pursuant to Plaintiff Prestige Capital Corporation's request, the Court hereby dismisses

15   Case No. CV12-6072PSG with prejudice.

16

17   Dated  May __23_, 2014          _Paul S. Grewal_____
                                     HONORABLE PAUL S. GREWAL
18                                   UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

BN 16253279v1                                      1

REQUEST FOR DISMISSAL - CV12-6072PSG